UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| BRYAN P., | Case No. 26-CV-0039 (KMM/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| PAMELA BONDI, KRISTI NOEM, DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, IMMIGRATION AND CUSTOMS ENFORCEMENT, DAREN K. MARGOLIN, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, DAVID EASTERWOOD, and RYAN SHEA, | |
| Respondents. | |

---

**IT IS HEREBY ORDERED THAT:**

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Bryan P., ECF No. 1 ("Petition"), by no later than **January 9, 2026,** certifying the true cause and proper duration of Bryan P.'s confinement and showing cause why the writ should not be granted in this case. The answer should also address Bryan P.'s motion for a temporary restraining order, ECF No. 4 ("TRO Motion").

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Bryan P.'s detention in light of the issues raised in the habeas petition;

    b. A reasoned memorandum of law and fact explaining Respondents' legal position on Bryan P.'s claims;

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

   d. Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Belsai D.S. v. Bondi*, No. 25-CV-3682 (KMM/EMB), 2025 WL 2802947 (D. Minn. Oct. 1, 2025).

  3. If Bryan P. intends to file a reply to Respondents' answer (including the answer's discussion of the TRO Motion), he must do so by no later than **January 14, 2026**.

  **SO ORDERED.**

Dated: January 6, 2026         *s/Katherine M. Menendez*
                Katherine M. Menendez
                United States District Judge