# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Bryan Antonio Padilla Naula, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: 26-cv-39 KMM/DLM |
| Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood, Ryan Shea, | |
| Respondents. | |

_____

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court's January 14, 2026 Order is **VACATED** to the extent that it requires Respondents to provide Petitioner with a bond hearing because the Court has determined that immediate release is the proper remedy in this matter.

2. Petitioner's petition for a writ of habeas corpus is **GRANTED**.

3. The Court **ORDERES** Respondents to immediately release Petitioner. If the Petitioner is on conditions of release from a previous Order, those conditions remain in effect.

4. Finally, the Court ORDERS Respondents to file notice on the docket within 24 hours of Petitioner's release, confirming that the release has occurred.

| | |
|---|---|
| Date: 1/21/2026 | KATE M. FOGARTY, CLERK |